UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAIN CORPORATION and MAGICSPACE ENTERTAINMENT, INC., | ) ) ) | 3:13-cv-00496-HDM-WGC |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| NIRENNA PRODUCTIONS, LP, 2468 NEVADA, LLC, and JEFF PARRY, | ) ) ) | |
| Defendants. | ) ) | |

The court is unable to determine whether it has subject matter jurisdiction over the plaintiffs' state law claims pursuant to the principles of diversity jurisdiction under 28 U.S.C. § 1332(a) because it appears that the plaintiffs have not identified in their complaint (#1) all of the partners, both general and limited, of defendant Nirenna Productions, a limited partnership.

A limited partnership is not a citizen in its own right for diversity purposes. *Carden v. Arkoma Associates*, 494 U.S. 185, 189-90 (1990). Instead, a limited partnership is considered a citizen in every jurisdiction in which its partners are citizens; the court must examine the citizenship of all partners, both

1

general partners and limited, to determine citizenship of a limited partnership for diversity purposes.  *Id.* at 195-96; *see also Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  While the defendants did not raise this objection in their motion to dismiss (#7), "[t]he objection that a federal court lacks subject-matter jurisdiction, *see* Fed. Rules Civ. Proc. 12(b)(1), may be raised by a party, or by a court of its own initiative, at any stage in the litigation, even after trial and entry of judgment."  *Arbaugh v. Y & H Corp.*, 546 U.S. 500, 506 (2006).

    Accordingly, on or before February 14, 2014, the plaintiffs shall file a declaration listing all of the partners, both general and limited, of defendant Nirenna Productions, LP and specifying the citizenship of each partner.  Should the declaration disclose that one or more of the general or limited partners of Nirenna Productions, LP has Nevada citizenship, the court will dismiss this action for lack of subject matter jurisdiction.  However, should the plaintiffs continue to assert subject matter jurisdiction in their declaration, the defendants shall have until February 21, 2014 to file any response, and the plaintiffs shall then have until February 26, 2014 to file any reply.

    **IT IS SO ORDERED.**

    DATED: This 27th day of January, 2014.

    *[signature: Howard D. McKibben]*
    UNITED STATES DISTRICT JUDGE

2