# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAIN CORPORATION and MAGICSPACE ENTERTAINMENT, INC., | ) ) ) | 3:13-cv-00496-HDM-WGC |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| NIRENNA PRODUCTIONS, LP, 2468 NEVADA, LLC, and JEFF PARRY, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs filed their complaint in this court on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a). In order to determine whether diversity jurisdiction exists in this case, the court ordered plaintiffs to file a declaration listing all of the partners, both general and limited, of defendant Nirenna Productions, LP and specifying the citizenship of each partner. On February 14, 2014, plaintiffs filed a declaration conceding that diversity jurisdiction does not exist because defendants 2468 Nevada, LLC and Nirenna Productions LP, and plaintiff Rain Corporation are all citizens of Nevada. Plaintiffs further concede that diversity jurisdiction does not exist because the amount in

1

controversy does not exceed $75,000. Plaintiffs state that because there is no diversity jurisdiction in this case, they "will not continue to assert subject-matter jurisdiction in this declaration."

Accordingly, because plaintiffs concede diversity jurisdiction does not exist and have not claimed this court has federal question jurisdiction, this action is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: This 20th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE